IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| DAVID M. KEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:21cv404-MHT |
| ) | (WO) |
| OFFICER WEEKS, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining that the correctional officers named as defendants subjected him to excessive force. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's claims against a third defendant, the Houston County Commission, be dismissed. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 29th day of July, 2021.

                                          /s/ Myron H. Thompson  
                                    **UNITED STATES DISTRICT JUDGE**