**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION**

| | |
|---|---|
| **DAVID M. KEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:21cv404-MHT |
| ) | (WO) |
| **OFFICER WEEKS, et al.,** ) | |
| ) | |
| Defendants. ) | |

**JUDGMENT**

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that:

(1) The recommendation of the United States Magistrate Judge (Doc. 5) is adopted.

(2) Plaintiff's claims against defendant Houston County Commission are dismissed without prejudice, and said defendant is terminated as a party to this action.

It is further ORDERED that this case is referred back to the magistrate judge for further proceedings.

This case is not closed.

DONE, this the 29th day of July, 2021.

                                                 /s/ Myron H. Thompson
                                          **UNITED STATES DISTRICT JUDGE**