IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **DAVID M. KEY,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | **CIVIL ACTION NO.** |
| v. ) | **1:21cv404-MHT** |
| ) | **(WO)** |
| **OFFICER WEEKS, et al.,** ) | |
| ) | |
| Defendants. ) | |

**OPINION**

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit complaining that he was subjected to excessive force for requesting a shower, belittled, and harassed by officers at the Houston County Jail, and seeking only injunctive relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed for lack of jurisdiction due to mootness. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes

that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 22nd day of April, 2024.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**